ACCEPTED
03-15-00129-CV
4502869
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00129-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

DEVINA DE GUZMAN ROCHE FOX

Appellant,

vs.

KENNETH FOX

Appellee.

From the 53rd Judicial District Court
of Travis County, Texas
Trial Court No. D-1-FM-13-005135
Honorable Tim Sulak, Judge Presiding

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.1(c), the undersigned counsel hereby files a Notice of Appearance and Designation of Lead Appellate Counsel on behalf of Appellee Kenneth Fox.

Barbara L. Stroud

State Bar No. 19422700

barbara@stroudmediation.com

Barbara L. Stroud, PLLC

14101 Highway 290 West, Building 100, Suite 206

Austin, TX 78737

Telephone: (512) 391-1983

Facsimile: (512) 428-8113

Appellee requests that the Court direct its clerk to note this appearance in

the records it maintains with respect to this case.

Respectfully submitted,

By: */s/   Barbara L. Stroud*

Barbara L. Stroud
State Bar No. 19422700
barbara@stroudmediation.
com
Barbara L. Stroud, PLLC
14101 Highway 290 West,
Building 100, Suite 206
Austin, TX 78737
Telephone:    512.391.1983
Facsimile:    512.428.8113

**COUNSEL FOR APPELLEE**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this *Notice of Appearance* has been forwarded to the following via the Texas Rules of Civil Procedure on this 16TH day of March, 2015.

Mr. James "Jake" Gilbreath
Walters|Gilbreath, PLLC
1301 S. Capital of Texas Hwy
Suite C-120
Austin, TX 78746

Ms. Sarah Brandon
Law of Sarah K. Brandon
13062 W Highway 290, Ste 206
Austin, TX 78737-8835

*/s/ Barbara L. Stroud*
Barbara L. Stroud